IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JODY DOON NIEDERBERGER                                                    PLAINTIFF

        v.                    Civil No. 07-5216

BENTON COUNTY DETENTION
CENTER; HUNTER PETRAY;
and KEITH FERGUSON                                                         DEFENDANTS

## O R D E R

      The clerk is directed to note on the docket sheet that the correct name of the plaintiff is Jody Doon Niederberger.

      IT IS SO ORDERED this 11th day of December 2007.

                            /s/ *J. Marschewski*
                          HON. JAMES R. MARSCHEWSKI
                          UNITED STATES MAGISTRATE JUDGE