IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JODY DOON NIEDERBERGER                                                    PLAINTIFF

      v.      Civil No. 07-5216

HUNTER PETRAY;
and KEITH FERGUSON                                                        DEFENDANTS

**O R D E R**

  As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **June 24, 2008**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

  IT IS SO ORDERED this 20th day of March 2008.


            /s/ *J. Marschewski*
            HON. JAMES R. MARSCHEWSKI
            UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)