```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

JODY DOON NIEDERBERGER                                PLAINTIFF

v.                      Civil No. 07-5216

HUNTER PETRAY
and KEITH FERGUSON                                   DEFENDANTS

## O R D E R

Now on this 2nd day of December, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document # 27, filed November 4, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                   /s/Jimm Larry Hendren
                                   HON. JIMM LARRY HENDREN
                                   UNITED STATES DISTRICT JUDGE